**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

ANTWON MAURICE BAYARD,

Petitioner,

v.

STATE OF NEVADA, *et al.*,

Respondents.

Case No. 2:24-cv-02192-RFB-BNW

**ORDER**

Antwon Maurice Bayard appears to have attempted to initiate a 28 U.S.C. § 2254 habeas corpus petition in order to challenge his Second Judicial District, Washoe County, Nevada sexual assault convictions. See ECF No. 1. His more than 400 pages of filings suffer from several defects. He has not paid the $5.00 filing fee or submitted a completed application to proceed *in forma pauperis* with the required financial certificate and inmate account statements for the past six months. 28 U.S.C. € 1915(a)(2); Local Rule LSR 1-2. The action therefore is subject to dismissal without prejudice as improperly commenced. Bayard has also failed to use the Court's form petition or substantially follow the form as required by the Local Rules. LSR 3-1. Finally, the notices from the Court that Bayard's documents were received and regarding which judges were assigned to this matter were all served on Bayard at his address of record but were returned marked undeliverable. Bayard has not updated his address, which the Local Rules also require. LR IA 3-1. The Court, therefore, dismisses this action as improperly commenced.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice as improperly commenced. The Clerk of Court is directed to enter judgment accordingly and close this case.

///

1

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue.

2

3    **DATED:** April 7, 2025

4

5    _____

6    **RICHARD F. BOULWARE, II**
     **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28